FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2026 MAY 21  PM 2: 04

MARGARET BOTKINS, CLERK
CHEYENNE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. ___26-CR-70-R___ |
| Plaintiff, | |
| v. | **18 U.S.C. § 911**<br>(False Impersonation of a Citizen) |
| **MAKSIM SERGEEVICH SHAKIROV,** | |
| Defendant. | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about November 5, 2024, in the District of Wyoming, the Defendant, **MAKSIM SERGEEVICH SHAKIROV**, who was then an alien, falsely and willfully represented himself to be a citizen of the United States to an election judge, a person having good reason to inquire into the Defendant's citizenship.

In violation of 18 U.S.C. § 911.

A TRUE BILL:

_/s/ Ink Signature on File in the Clerk's Office_
FOREPERSON

DARIN D. SMITH
United States Attorney

---

## PENALTY SUMMARY

---

**DEFENDANT NAME:**          **MAKISM SHAKIROV**

**DATE:**                    May 18, 2026

**INTERPRETER NEEDED:**      Yes

**VICTIM(S):**               No

**OFFENSE/PENALTIES:**       **18 U.S.C. § 911**
                             (False Impersonation of a Citizen)

                             0-3 Years Imprisonment
                             Up to $250,000 Fine
                             1 Year Supervised Release
                             $100 Special Assessment

**AGENT:**                   Laura L. Elder, ICE

**AUSA:**                    Lance Johnston
                             Assistant United States Attorney

**ESTIMATED TIME OF
TRIAL:**                     1 to 5 days

**WILL THE GOVERNMENT
SEEK DETENTION IN THIS       Yes
CASE:**

**ARE THERE DETAINERS
FROM OTHER
JURISDICTIONS:**             Yes.  The Court should not grant bond as the Defendant is
                             not bondable.