Lance Johnston
Wyoming State Bar No. 7-5922
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
307-772-2124
lance.johnston@usdoj.gov

Julie Withers
New York Bar No. 4264289
Federal Public Defender's Office
5353 Yellowstone Road, Suite 207
Cheyenne, WY 82009
307-772-2781
julie_withers@fd.org

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br>**v.**<br><br>**MAKSIM SERGEEVICH SHAKIROV,**<br><br>Defendant. | **Criminal No. 26-CR-70-KHR** |

**JOINT STATUS REPORT**

On October 16, 2026, the parties appeared for a status conference during which the Court was advised of a potential agreement between the parties. The parties anticipate that this agreement will be presented to the Court prior to October 23, 2026. In the event the anticipated resolution is not finalized, the parties are prepared to proceed to trial on November 2, 2026.

**DATED** this 19th day of October, 2026.

DARIN D. SMITH
United States Attorney

By: */s/ Lance Johnston*
LANCE JOHNSTON
Assistant United States Attorney

*/s/ Julie Withers*
JULIE WITHERS
Attorney for Defendant
Maksim Sergeevich Shakirov