FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2026 OCT 23 AM 10: 45
MARGARET BOTKINS, CLERK
CHEYENNE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

**UNITED STATES OF AMERICA,**

Plaintiff,

**v.**

**MAKSIM SERGEEVICH SHAKIROV,**

Defendant.

**No. 26-CR-70-KHR**

**18 U.S.C. § 611**
(Voting by Alien)

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 5, 2024, in the District of Wyoming, the Defendant, **MAKSIM SERGEEVICH SHAKIROV**, an alien, knowing that he was not a citizen of the United States, did knowingly vote in an election held in part for the purpose of electing a candidate for President, Vice President, Member of the Senate, and Member of the House of Representatives.

In violation of 18 U.S.C. § 611.

**DATED** this 23rd day of October, 2026.

DARIN D. SMITH
United States Attorney

By: ______________________________
LANCE JOHNSTON
Assistant United States Attorney

26-CR-70-KHR

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | **MAKSIM SERGEEVICH SHAKIROV** |
| **DATE:** | October 23, 2026 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | No |
| **OFFENSE/PENALTIES:** | **18 U.S.C. § 611**<br>(Voting by Alien)<br><br>0-1 Years Imprisonment<br>Up to $100,000 Fine<br>1 Year Supervised Release<br>$100 Special Assessment |
| **AGENT:** | Laura L. Elder, ICE |
| **AUSA:** | Lance Johnston<br>Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | No |