AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

FILED
UNITED STATES DISTRICT COURT DISTRICT OF WYOMING
1:55 pm, 10/27/26
Margaret Botkins
Clerk of Court

United States of America
v.
MAKSIM SERGEEVICH SHAKIROV
*Defendant*

Case No. 26-cr-70-KHR

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/27/2026

Maksim Shakirov
*Defendant's signature*

Julie Withers
*Signature of defendant's attorney*

Julie Withers
*Printed name of defendant's attorney*

*Judge's signature*

Chief United States District Judge
*Judge's printed name and title*